# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

**Re:**

**YALANDA LEE JOLLEY**
        Debtor(s)

In Chapter 7 Proceeding
No. 23-41196-BDL

**ORDER AVOIDING JUDGMENT LIEN**

---

This matter, having come before this court on the Motion of the Debtor(s) for an Order to avoid the judicial lien(s) of **BOEING EMPLOYEES' CREDIT UNION** and parties in interest having received sufficient notice; the Court having reviewed the records and files herein and considering itself fully advised on the premises, now, therefore, it is **HEREBY ORDERED**

1. That the judgment lien in favor of Boeing Employees' Credit Union against Yalanda Lee Jolley in the total judgment amount of $47,007.28 entered in King County Superior Court, State of Washington under cause Number 23-2-00003-0 SEA and recorded in the Pierce County Auditor's office under recording number 202302270431 is avoided and cancelled as a judgment lien against the debtor(s) home located at 7313 197th Street East, Spanaway, WA 98387 in Pierce County, Washington.

ORDER AVOIDING JUDGMENT LIEN

BROWN AND SEELYE PLLC
PO BOX 951090
SOUTH JORDAN, UT 84095
PHONE: 888-873-1958

2. That, in the event of Debtor(s) bankruptcy case is dismissed this Order avoiding the Judicial lien of **BOEING EMPLOYEES' CREDIT UNION** shall no longer apply.

/// end of order ///

Presented by:

/s/Ellen Ann Brown
ELLEN ANN BROWN WSB#27992
Attorneys for Debtor(s)